# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC52 | 09856658 | JAFISI BEXANDRA | 7688 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 05/11/2023 1435
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 37 CFR 232.1 k5
**Place of Offense:** LAPD DC, 200 S CENTRAL AVE LOS ANGELES, CA 90055
**Offense Description: Factual Basis for Charge** — HAZMAT ☐
UNAUTHORIZED PARKING

### DEFENDANT INFORMATION
**Last Name:** Pasadena Rusnak

**Tag No:** 9CPL529  **State:** CA  **Year:** —  **Make/Model:** JAGUAR  **Color:** GREY

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount: $100
+ $30 Processing Fee
**Total Collateral Due:** $130.00

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature

Original - CVB Copy

*09856658*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 11**, 20**23** while exercising my duties as a law enforcement officer in the **CENTRAL** District of **CALIFORNIA**

SEE ATTACHMENT

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/11/2023   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident